# Ballard Spahr
LLP

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Lauren N. Brown
Tel: 6463468042
Fax: 212.223.1942
BrownLN@ballardspahr.com

November 27, 2025

*By Electronic Filing*

Honorable Paul A. Engelmayer
United States District Court for the
Southern District of New York
40 Foley Square
New York, NY  10007

Re:     *Lennon Thomas and New Horizing Homes, Inc. v. Citibank, N.A.*
        Case No. 1:25-cv-09372 (S.D.N.Y.)

Dear Judge Engelmayer:

The undersigned represents defendant, Citibank, N.A., in the above-referenced matter. The initial pretrial conference is currently scheduled for December 17 at 10:00 AM, but undersigned counsel of record for Citibank who will be appearing at the conference has an immovable conflict with another trial.

Accordingly, the undersigned respectfully requests an adjournment of the Rule 16 conference to a date in February 2026. This is Citibank's first request for an adjournment of the Rule 16 conference. Citibank has attempted to contact Plaintiff's counsel to coordinate alternative dates, but we have not received any response.

Respectfully,

Lauren Brown, Esq.

cc:     All counsel of record (*via electronic filing*)

GRANTED.

The telephonic initial conference is hereby adjourned to February 10, 2026 at 11 a.m. Accordingly, the parties' proposed case management plan and joint letter, *see* Dkt. 5 at 2, are due February 4, 2026.

SO ORDERED.

Date:  December 8, 2025
       New York, New York

_____
PAUL A. ENGELMAYER
United States District Judge